# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br>**Plaintiff,**<br>**VERSUS**<br>**THE UNITED STATES OF AMERICA**<br>**Defendant,** | **Case No.:** 06-858 C |

FILED
DEC 15 2006
U.S. COURT OF FEDERAL CLAIMS

## COMPLAINT

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and for its complaint against The United States of America (hereinafter "the Government"), avers as follows:

**1.**

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) at Camp Arifjan.

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denial of Gulf Group's certified claim submitted on October 17, 2005 and received on December 16, 2005. The Contracting Officer failed within sixty (60) days of receipt of the claim, or within a reasonable time thereafter, to issue a Final Decision as required under 41 U.S.C. §§605(c)(1) and (c)(3). The Contracting Officer's failure to issue a final decision within the required period is deemed to be a denial of the claim. This Court therefore has jurisdiction pursuant to the Contract Dispute Act.

**5.**

On September 23, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group a Fixed Price Service Contract No. W912D1-04-P-0932 (attached hereto as Exhibit "A"), for the procurement and supply of portable latrines to Camp Arifjan in Kuwait , and to provide maintenance, supplies and cleaning services for those latrines, with a period of performance from September 2, 2004 through May 31, 2007 (hereinafter "the Contract.") The Government's specific requirements under the contract and the agreed fixed price for each such requirement are contained in the contract items No. 0001 - 0006 found at pages 11-13. Of Exhibit "A."

**6.**

The subject contract was the result of the ARCENT solicitation No. W912D1-04-R-0029 issued on August 18, 2004, attached hereto as Exhibit "B."

**7.**

Upon award of the contract on September 23, 2004, in order to ensure an expeditious and effective performance of its contractual obligations, Gulf Group immediately took steps to acquire

the necessary equipment, supplies, personnel needed for Gulf Group to procure their delivery, placement, maintenance and service, and to therefore comply with its contractual obligations. Specifically, Gulf Group purchased 600 WC Drop Tanks, incurred air shipping expenses for the prompt delivery of the latrines to satisfy the government's requirement for immediate performance, entered in rental and service agreements with subcontractors for the supply of vacuum tankers, water tankers, cleaning services, and personnel to maintain and service the latrines, all at the cost of KWD171,044.97 or US $588,734.

**8.**

Gulf Group was fully supplied and staffed to perform under the contract and was ready to continue to fully perform for the duration of the contract, including any potential future extensions of the same.

**9.**

On or about October 18, 2004, after Gulf Group had already adequately commenced performing its contractual duties, and after incurring substantial preparatory costs to perform under the Contract for the entire term including any potential extensions, the U.S. Army Contracting Officer, Major John Cockerham, without warning or just reason, and solely for the convenience of the Government, following the command directive of the ASC Commander SWA Col Brick Miller, 3rd. Army Arcent, Kuwait, issued an Amendment of Solicitation/Modification of Contract number P00002 with effective date of October 19, 2004 (attached hereto as Exhibit "C") and cancelled the Contract. Thereafter, a second Amendment of Solicitation/Modification of Contract number P00003 dated October 24, 2004 with effective date October 18, 2004 (attached hereto as Exhibit "D") was

issued to remove the money that had been allocated to the Contract. Both documents, Exhibit "C" and "D" indicate that the cancellation is for the convenience of the government under FAR Part 52.212-4

**10.**

The Government, by virtue of its decision to cancel the contract for its convenience, is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including compensation for the services supplied, profits it anticipated to generate for the full term of the Contract, as well as for the preparatory expenses incurred in furtherance of the contract plus interest.

**11.**

As a result of the Government's cancellation of the Contract solely for the convenience of the Government, Gulf Group incurred damages in the form of preparatory expenses, unpaid services actually rendered, lost profits, and legal fees in the amount presently estimated to be $6,000,000.

**12.**

On or about October 17, 2005, prior to the commencement of this action, and in compliance with Federal Acquisition Regulation (FAR) Part 49.206, found at 48 C.F.R. § 49.206, Gulf Group timely filed an administrative claim against the Government by serving on the Contracting Officer, Major John Cockerham, a Certified Claim and Settlement Offer (attached hereto as Exhibit "E.") More than 60 days have passed since the filing of Gulf Group's Certified Claim and Settlement Offer without the Contracting Officer issuing a final decision on Gulf Group's Certified Claim and Settlement Offer. Therefore, pursuant to 41 U.S.C. §§605(c)(1) and (c)(3), Gulf Group's claim is

deemed denied and this lawsuit followed.

**WHEREFORE**, Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, in the amount of $6,000,000, together with interest, costs and attorney fees; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: December 14, 2006

Respectfully submitted,

ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

PLEASE SERVE:

THE UNITED STATES
THROUGH THE CLERK OF COURT

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W9142U41344002
PAGE 1 OF 16

2. CONTRACT NO.: W912D1-04-P-0932-P00001
3. AWARD/EFFECTIVE DATE: 23-Sep-2004
4. ORDER NUMBER:
5. SOLICITATION NUMBER: W912D1-04-R-0029
6. SOLICITATION ISSUE DATE: 18-Aug-2004

7. FOR SOLICITATION INFORMATION CALL: a. NAME: JOHN L. COCKERHAM
b. TELEPHONE NUMBER (No Collect Calls): 011-965-389-2136
8. OFFER DUE DATE/LOCAL TIME: 12:00 AM 25 Aug 2004

9. ISSUED BY — CODE W912D1
US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #216
CAMP ARIFJAN, KUWAIT AE 09366

TEL: 430 2335
FAX: 430 2333

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE
ARCENT-KU-DIRECTORATE OF LOGISTICS(DOL)
SFC VEGA
DOL
ARIFJAN

16. ADMINISTERED BY — CODE DABM06
ARCENT-KU-CONTRACTING OFFICE
US ARMY CENTRAL COMMAND-KU
ATTN: DIRECTORATE OF CONTRACTING
APO AE 09889

17a. CONTRACTOR/ OFFEROR — CODE SX183
GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE,
SAFAT 13077

TEL.965-246-8111
FACILITY CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE S09076
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9900

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT: **KWD171,680.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[X] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
Gloria D. Davis

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Gloria D. Davis / Contracting Officer
TEL:011-965-389-2335
EMAIL:gloria.davis@arifjan.arcent.army.mil
31c. DATE SIGNED: 28-Sep-2004

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE
42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

EXHIBIT
"A"

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

# STATEMENT OF WORK (SOW)

## Portable Latrine Lease and Maintenance

1. Scope: The Contractor will provide a maximum of 900 portable latrine units and provide maintenance, supplies and service and cleaning of units.

2. The Contractor must quote must quote using a price per day cost for each latrine for quanities of 100 or 200 or 300 or 500 latrines to Camp Arifjan and surrounding camps. The Contractor must have the ability to place the entire 900 latrines if awarded a contract. The Contractor will provide all materials, equipment and labor necessary for provision of services described in this statement of work.

3. Period of Performance: The Contractor will deliver portable latrines within 10 days of receipt of the order. The period of performance of this Statement of Work will start on 02 Sep 04 and end 1 Jan 05.

3.0 Technical Specifications: The Contractor will provide fully enclosed outdoor type portable latrines with the following specifications:

3.1. Each latrine will be fully enclosed with a cabana constructed of materials impervious to chemicals and waste. All hardware, including latches, chains, locks and hinges will be made from corrosion resisting steel, brass or carbon steel (carbon steel will be zinc, cadmium or chrome plated). All metals will be similar so as to reduce or inhibit electrolytic corrosion.

3.2. Each latrine will have a urinal and a toilet seat. The seat may be either open front design or molded into the tank. The urinals and connected plumbing will be manufactured of materials impervious to chemicals and waste. The spouthose connecting the urinal and tank will be a minimum of 3/4 inch in diameter.

3.3. Each latrine will have a minimum 50-gallon tank assembly constructed of materials impervious to chemicals and waste and have a smooth surface to facilitate cleaning. The tank must have 10-Gallons of water at all times with Green disinfect tablet inserted in each tank to prevent flies, odor.

3.4. The doors will be self-closing and tight fitting with a securely attached interior

hook and *eye,* swing and latch or slide bolt-locking mechanism. Door hinges will be one of the following types; piano hinges, butt hinges or heavy-duty spring-loaded hinges. Hinges will be securely attached and tamper resistant. Springs must be in a coil in the (3) three hinges of the door.

STATEMENT OF WORK (SOW)

3.5. To resist mold, mildew, rot and insect damage, each latrine will be fitted with skids and tank under grid, fabricated from non-corrosive metal or construction grade *pressure* treated wood.

3.6. A minimum vent area to the outside of the latrine through a minimum of 8 inches and a max of 12 inches in diameter. The vent opening and the vent pipe size must match and fit snug and evenly not to leave a space around the vent pipe for insects or rain to enter.

3.7. There will be a minimum of two-screened ventilation areas venting the cabana, each having a minimum of 12 square inches of vent area. The vents will be fitted with a minimum size 16 mesh screening material to keep flies, wasp, insects, etc. out of the latrine.

3.8. Each latrine will be equipped with a two-roll toilet tissue dispenser with toilet tissue placed in the dispenser. Toilet tissue will not be placed on the seat, floor, or anywhere other than in the dispenser. The dispenser will be constructed to prevent "free reeling" of the tissue. Each latrine will be stocked with sufficient rolls of toilet tissue to last between services. Toilet paper will be provided by vendor.

3.9. Each latrine will be equipped with a hand sanitation gel dispenser mounted on the interior wall of the latrine. The dispenser will be filled with an approved fast drying hand-sanitizing gel.

3.10. Each latrine will be tied down separately or in groups using a standard tie down strap or substantial rope connected on each end to rebar type stakes firmly positioned in the ground. The Contractor will provide all tie down, rope and staking equipment.

4. Specific Tasks:

4.1. *Delivery, Movement and Removal.*

4.1.1. Delivery and movement will include set up, positioning and servicing. Removal will include cleaning and elimination. The Contractor will ensure that all portable latrines and equipment delivered under this contract meet the minimum specifications as detailed in the Technical Specifications of this statement of work. All equipment and trucks used in conjunction with delivery, movement and removal will be leak proof and maintained in a clean and presentable condition.

4.1.2. The Contractor will place portable latrines in location designated by the COR. Each latrine will be in serviceable condition. latrines will be placed on a level surface with the door facing away from prevailing winds.

4.1.3. The Contractor will have the ability to relocate as many as forty (40) latrines within two (2) days of notification by the COR.

4.1.4. Within two (2) days of notification, the Contractor will remove all portable latrines designated as no longer required by the COR.

4.2. *Cleaning.* The Contractor will empty and clean each latrine daily by wiping down interior walls and seat with mild disinfectant water or solution (that is nonharmful to the skin and eyes) and will provide steam cleaning reconditioning services once a month. The Contractor will provide all materials, equipment, personnel, chemicals, and cleaning supplies to include using an approved disinfectant. The Contractor will provide a Material Safety Data Sheet to the COR for any chemicals used in this contract. The cleaning services will include the following:

4.2.1. Daily. The Contractor will vacuum sewage from the basin. Debris such as cans, bottles, rags, sticks; etc. will be removed from the waste tank, collected and hauled away for proper disposal. No debris will be allowed to contaminate the outside area around the chemical latrine. The Contractor will be responsible for cleanup of any spills. After all sewage and debris have been removed the Contractor will wash the toilet seat, urinal, and adjacent area around the toilet

seat with the approved cleaning solution and remove all built up dirt and waste by scrubbing with a nylon hand brush. The Contractor will fill the empty basin with a mixture of two (2) cups disinfectant solution and ten (10) gallons fresh water. The Contractor will refill toilet paper dispensers and hand sanitation gel dispensers. The Contractor will leave the area in and around the latrines in a sanitary state. .

4.2.2. Monthly. The Contractor will hot water pressure wash each latrine. The hot water pressure washers will have a minimum 1,500-psi with a variable adjustable nozzle. a temperature output of 190 to 200 degrees Fahrenheit, and be equipped with a high-pressure detergent injector. Pressure washing must have sufficient force in conjunction with adequate cleaning solutions to remove built up residues and scale and will include cleaning the inside wall; cleaning the holding tank to remove build up; cleaning the space between the tank, urinal and walls; removal or reduction of graffiti; removal of urinal build up; disinfecting toilet seat, urinal, and door handle and exterior cleaning.

4.2.3. Waste Disposal. Service trucks will have separate storage tanks for holding waste from serviced latrines and potable water for recharging units after cleaning. Each service truck will be equipped with a storage compartment for collecting debris removed from portable latrines during servicing. Hoses used to pump out the tanks and to deposit waste at the manhole will be leak free and pliable. The Contractor will be dispose of waste and debris materials collected at Camp Arifjan at an offsite location. If the Contractor is found in violation of this requirement, the contract will be terminated immediately.

4.3. *Maintenance.*

4.3.1. The Contractor will provide maintenance and repair service to all portable latrines delivered and placed on the installation. The Contractor will repair the

Replace locks, hinges, etc. to maintain the serviceable condition of each unit. The Contractor will repair latrines within twenty-four(24) hours of notification. If a latrine is found not to be repairable, it will be removed from service and replaced with a new latrine within forty-eight (48) hours.

4.3.2. The Contractor will perform periodic maintenance on the latrine units as often as necessary to keep them water tight, fly and insect proof, neat and in a sanitary condition.

5. Acceptance Requirements: The Contractor will notify the COR within 5 days of receipt of the contract in order to arrange delivery. The Contractor will notify and provide the COR with delivery and removal receipts for each latrine delivered or removed from Camp Arifjan. The Contractor will notify the COR of completion of the daily and monthly cleanings and will provide the COR an opportunity to inspect. The Contractor will provide monthly service and maintenance reports with their invoices. Each item of equipment or property furnished under this contract will be in safe operational condition. If the Contracting Officer or the Contracting Officer's Representative (COR) determines that any item of equipment or property furnished is not suitable for performance under this contract, the Contracting Officer will promptly inform the Contractor to repair or replace that item of equipment or property within twenty-four (24) hours.

**The vendor must bid on all the option periods. The vendor must use NEW Latrines and must take into consideration that they are bidding on the daily servicing of the latrines also latrines must be checked and cleaned twice a day.**

**POC for this solicitation is CPT John Cockekrham. Phone 965-389-2136. Email is John.Cockerham@arifjan.arcent.army.mil**

**The Fax is 965-389-2333 Atten CPT Cockerham**

CLAUSES
CLAUSES INCORPORATED BY REFERENCE

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-1 | Instructions to Offerors--Commercial Items | JAN 2004 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.247-27 | | APR 1984 |

| | | |
|---|---|---|
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-20 | Warranty Of Services | MAY 2001 |
| 52.249-1 | Termination For Convenience Of The Government (Fixed Price) (Short Form) | APR 1984 |
| 52.249-4 | Termination For Convenience Of The Government (Services) (Short Form) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.209-7001 | | |
| 252,209-7001 | | |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7011 | Notification to Delay Performance | JUN 1998 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUN 2004) (DEVIATION)

(a) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (a) if the contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (October 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(c) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 60 days of the termination of the contract.
(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days of expiration The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 48 months.

(End of clause)

52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information. (1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office"") by NLT 15 Days (the Contracting Officer shall insert date, days after award, days before first request, the date specified for receipt of offers if the provision at 52.232-38 is utilized, or "concurrent with first request" as prescribed by the head of the agency; if not prescribed, insert "no later than 15 days prior to submission of the first request for payment"). If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. (1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the contract.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using the EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http//FARSITE.hill.af.mil

(End of clause)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 4 | Months | KWD42,920.00 | KWD171,680.00 |
| | PORTABLE LATRINE LEASE<br>FFP<br>LEASE 400 NEW!!! PORTABLE LATRINES TO INCLUDESERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK<br>PURCHASE REQUEST NUMBER: W9142U41344002 | | | | |
| | | | | NET AMT | KWD171,680.00 |
| | ACRN AA Funded Amount | | | | $613,142.86 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 5 | Months | KWD42,920.00 | KWD214,600.00 |
| OPTION | Lease 400 Latrines | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD214,600.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Portable latrine lease | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Portable Latrines | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Leased Latrines<br>FFP<br>LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK | | | | |

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Leased Latrines<br>FFP<br>LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK | | | | |

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|

800.00 900.00

CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|---|
| 0004 | | $ | | $ |
| 0006 | | $ | | $ |
| 0001 | | $ | | $ |
| 0002 | | $ | | $ |
| 0003 | | $ | | $ |
| 0005 | | $ | | $ |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |
| 0003 | N/A | N/A | N/A | Government |
| 0004 | N/A | N/A | N/A | Government |
| 0005 | N/A | N/A | N/A | Government |
| 0006 | N/A | N/A | N/A | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 0001 | POP 28-SEP-2004 TO 21-JAN-2005 | N/A | ARCENT-KU-DIRECTORATE OF LOGISTICS(DOL)<br>SFC VEGA<br>DOL<br>ARIFJAN<br>428-2019/2989<br>FOB: Destination | |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |
| 0004 | N/A | N/A | N/A | N/A |
| 0005 | N/A | N/A | N/A | N/A |
| 0006 | N/A | N/A | N/A | N/A |

## ACCOUNTING AND APPROPRIATION DATA

AA: 21420200000762084P135197000026EB832QS2W9142U413440022QS283S09076
AMOUNT: $613,142.86

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items | JUN 2004 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W9142U41344002

PAGE 1 OF 25

2. CONTRACT NO.:

3. AWARD/EFFECTIVE DATE:

4. ORDER NUMBER:

5. SOLICITATION NUMBER: W912D1-04-R-0029

6. SOLICITATION ISSUE DATE: 18-Aug-2004

7. FOR SOLICITATION INFORMATION CALL: a. NAME: JOHN L. COCKERHAM; b. TELEPHONE NUMBER *(No Collect Calls)*: 011-965-389-2136

8. OFFER DUE DATE/LOCAL TIME: 12:00 AM 25 Aug 2004

9. ISSUED BY — CODE W912D1

US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #216
CAMP ARIFJAN, KUWAIT AE 09366

TEL: 430 2335
FAX: 430 2333

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE

**SEE SCHEDULE**

16. ADMINISTERED BY — CODE

17a. CONTRACTOR/ OFFEROR — CODE

TEL. FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*
TEL: EMAIL:

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

EXHIBIT "B"
tabbies

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

## STATEMENT OF WORK (SOW)

### Portable Latrine Lease and Maintenance

1. Scope: The Contractor will provide a maximum of 900 portable latrine units and provide maintenance, supplies and service and cleaning of units.

2. The Contractor must quote must quote using a price per day cost for each latrine for quanities of 100 or 200 or 300 or 500 latrines to Camp Arifjan and surrounding camps. The Contractor must have the ability to place the entire 900 latrines if awarded a contract. The Contractor will provide all materials, equipment and labor necessary for provision of services described in this statement of work.

3. Period of Performance: The Contractor will deliver portable latrines within 10 days of receipt of the order. The period of performance of this Statement of Work will start on 02 Sep 04 and end 1 Jan 05.

3.0 Technical Specifications: The Contractor will provide fully enclosed outdoor type portable latrines with the following specifications:

3.1. Each latrine will be fully enclosed with a cabana constructed of materials impervious to chemicals and waste. All hardware, including latches, chains, locks and hinges will be made from corrosion resisting steel, brass or carbon steel (carbon steel will be zinc, cadmium or chrome plated). All metals will be similar so as to reduce or inhibit electrolytic corrosion.

3.2. Each latrine will have a urinal and a toilet seat. The seat may be either open front design or molded into the tank. The urinals and connected plumbing will be manufactured of materials impervious to chemicals and waste. The spouthose connecting the urinal and tank will be a minimum of 3/4 inch in diameter.

3.3. Each latrine will have a minimum 50-gallon tank assembly constructed of materials impervious to chemicals and waste and have a smooth surface to facilitate cleaning. The tank must have 10-Gallons of water at all times with Green disinfect tablet inserted in each tank to prevent flies, odor.

3.4. The doors will be self-closing and tight fitting with a securely attached interior

hook and *eye,* swing and latch or slide bolt-locking mechanism. Door hinges will be one of the following types; piano hinges, butt hinges or heavy-duty spring-loaded hinges. Hinges will be securely attached and tamper resistant. Springs must be in a coil in the (3) three hinges of the door.

STATEMENT OF WORK (SOW)

3.5. To resist mold, mildew, rot and insect damage, each latrine will be fitted with skids and tank under grid, fabricated from non-corrosive metal or construction grade *pressure* treated wood.

3.6. A minimum vent area to the outside of the latrine through a minimum of 8 inches and a max of 12 inches in diameter. The vent opening and the vent pipe size must match and fit snug and evenly not to leave a space around the vent pipe for insects or rain to enter.

3.7. There will be a minimum of two-screened ventilation areas venting the cabana, each having a minimum of 12 square inches of vent area. The vents will be fitted with a minimum size 16 mesh screening material to keep flies, wasp, insects, etc. out of the latrine.

3.8. Each latrine will be equipped with a two-roll toilet tissue dispenser with toilet tissue placed in the dispenser. Toilet tissue will not be placed on the seat, floor, or anywhere other than in the dispenser. The dispenser will be constructed to prevent "free reeling" of the tissue. Each latrine will be stocked with sufficient rolls of toilet tissue to last between services. Toilet paper will be provided by vendor.

3.9. Each latrine will be equipped with a hand sanitation gel dispenser mounted on the interior wall of the latrine. The dispenser will be filled with an approved fast drying hand-sanitizing gel.

3.10. Each latrine will be tied down separately or in groups using a standard tie down strap or substantial rope connected on each end to rebar type stakes firmly positioned in the ground. The Contractor will provide all tie down, rope and staking equipment.

4. Specific Tasks:

4.1. *Delivery, Movement and Removal.*

4.1.1. Delivery and movement will include set up, positioning and servicing. Removal will include cleaning and elimination. The Contractor will ensure that all portable latrines and equipment delivered under this contract meet the minimum specifications as detailed in the Technical Specifications of this statement of work. All equipment and trucks used in conjunction with delivery, movement and removal will be leak proof and maintained in a clean and presentable condition.

4.1.2. The Contractor will place portable latrines in location designated by the COR. Each latrine will be in serviceable condition. latrines will be placed on a level surface with the door facing away from prevailing winds.

4.1.3. The Contractor will have the ability to relocate as many as forty (40) latrines within two (2) days of notification by the COR.

4.1.4. Within two (2) days of notification, the Contractor will remove all portable latrines designated as no longer required by the COR.

4.2. *Cleaning.* The Contractor will empty and clean each latrine daily by wiping down interior walls and seat with mild disinfectant water or solution (that is nonharmful to the skin and eyes) and will provide steam cleaning reconditioning services once a month. The Contractor will provide all materials, equipment, personnel, chemicals, and cleaning supplies to include using an approved disinfectant. The Contractor will provide a Material Safety Data Sheet to the COR for any chemicals used in this contract. The cleaning services will include the following:

4.2.1. Daily. The Contractor will vacuum sewage from the basin. Debris such as cans, bottles, rags, sticks; etc. will be removed from the waste tank, collected and hauled away for proper disposal. No debris will be allowed to contaminate the outside area around the chemical latrine. The Contractor will be responsible for cleanup of any spills. After all sewage and debris have been removed the Contractor will wash the toilet seat, urinal, and adjacent area around the toilet

seat with the approved cleaning solution and remove all built up dirt and waste by scrubbing with a nylon hand brush. The Contractor will fill the empty basin with a mixture of two (2) cups disinfectant solution and ten (10) gallons fresh water. The Contractor will refill toilet paper dispensers and hand sanitation gel dispensers. The Contractor will leave the area in and around the latrines in a sanitary state..

4.2.2. Monthly. The Contractor will hot water pressure wash each latrine. The hot water pressure washers will have a minimum 1,500-psi with a variable adjustable nozzle. a temperature output of 190 to 200 degrees Fahrenheit, and be equipped with a high-pressure detergent injector. Pressure washing must have sufficient force in conjunction with adequate cleaning solutions to remove built up residues and scale and will include cleaning the inside wall; cleaning the holding tank to remove build up; cleaning the space between the tank, urinal and walls; removal or reduction of graffiti; removal of urinal build up; disinfecting toilet seat, urinal, and door handle and exterior cleaning.

4.2.3. Waste Disposal. Service trucks will have separate storage tanks for holding waste from serviced latrines and potable water for recharging units after cleaning. Each service truck will be equipped with a storage compartment for collecting debris removed from portable latrines during servicing. Hoses used to pump out the tanks and to deposit waste at the manhole will be leak free and pliable. The Contractor will be dispose of waste and debris materials collected at Camp Arifjan at an offsite location. If the Contractor is found in violation of this requirement, the contract will be terminated immediately.

4.3. *Maintenance.*

4.3.1. The Contractor will provide maintenance and repair service to all portable latrines delivered and placed on the installation. The Contractor will repair the

Replace locks, hinges, etc. to maintain the serviceable condition of each unit. The Contractor will repair latrines within twenty-four(24) hours of notification. If a latrine is found not to be repairable, it will be removed from service and replaced with a new latrine within forty-eight (48) hours.

4.3.2. The Contractor will perform periodic maintenance on the latrine units as often as necessary to keep them water tight, fly and insect proof, neat and in a sanitary condition.

5. Acceptance Requirements: The Contractor will notify the COR within 5 days of receipt of the contract in order to arrange delivery. The Contractor will notify and provide the COR with delivery and removal receipts for each latrine delivered or removed from Camp Arifjan. The Contractor will notify the COR of completion of the daily and monthly cleanings and will provide the COR an opportunity to inspect. The Contractor will provide monthly service and maintenance reports with their invoices. Each item of equipment or property furnished under this contract will be in safe operational condition. If the Contracting Officer or the Contracting Officer's Representative (COR) determines that any item of equipment or property furnished is not suitable for performance under this contract, the Contracting Officer will promptly inform the Contractor to repair or replace that item of equipment or property within twenty-four (24) hours.

**The vendor must bid on all the option periods. The vendor must use NEW Latrines and must take into consideration that they are bidding on the daily servicing of the latrines also latrines must be checked and cleaned twice a day.**

**POC for this solicitation is CPT John Cockekrham. Phone 965-389-2136. Email is John.Cockerham@arifjan.arcent.army.mil**

**The Fax is 965-389-2333 Atten CPT Cockerham**

CLAUSES
CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-1 | Instructions to Offerors--Commercial Items | JAN 2004 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |

| | | |
|---|---|---|
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-20 | Warranty Of Services | MAY 2001 |
| 52.249-1 | Termination For Convenience Of The Government (Fixed Price) (Short Form) | APR 1984 |
| 52.249-4 | Termination For Convenience Of The Government (Services) (Short Form) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7011 | Notification to Delay Performance | JUN 1998 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

The contract will be awarded on best value to the government. Based company's ability to serve the government with quality and timely service without delay and interruption of mission.

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

Evaluation is by best value to the government based on timely service, quality and ablity to perform without delay and without interruption of mission. A pass performance reference list consisting of 3 names and numbers must be provided for a past services performed by vendor. Services does not have to be related to current solicitation.

(End of clause)

52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (JAN 2004)

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern--

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

___ TIN:--------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other--------------------------------------------------------

(5) Common parent.

___ Offeror is not owned or controlled by a common parent;

___ Name and TIN of common parent:

Name------------------------------------------------------------------

TIN--------------------------------------------------------------------

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) Veteran-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(3) Service-disabled veteran-owned small business concern. (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, ( ) is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

__________________________________________

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. (Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.)

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it ( ) is, ( ) is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual

Number of Employees Gross Revenues

___ 50 or fewer ___ $1 million or less

___ 51 - 100 ___ $1,000,001 - $2 million

___ 101 - 250 ___ $2,000,001 - $3.5 million

___ 251 - 500 ___ $3,500,001 - $5 million

___ 501 - 750 ___ $5,000,001 - $10 million

___ 751 - 1,000 ___ $10,000,001 - $17 million

___ Over 1,000 ___ Over $17 million

(9) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It ( ) is, ( ) is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It ( ) has, ( )( has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(7)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. (The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.)

(10) HUBZone small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not s joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Certifications and representations required to implement provisions of Executive Order 11246--

(1) Previous Contracts and Compliance. The offeror represents that--

(i) It ( ) has, ( ) has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the and

(ii) It ( ) has, ( ) has not, filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act --Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms ``component,'' ``domestic end product,'' ``end product,'' ``foreign end product,'' and ``United States'' are defined in the clause of this solicitation entitled ``Buy American Act--Supplies.''

(2) Foreign End Products:

Line Item No.:-------------------------------------------------------
Country of Origin:--------------------------------------------------

(List as necessary)

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms ``component,'' ``domestic end product,'' ``end product,'' ``foreign end product,'' and ``United States'' are defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act.''

(ii) The offeror certifies that the following supplies are FTA country end products or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act'':

FTA Country or Israeli End Products

Line Item No.:-----------------------------------------------------
Country of Origin:-----------------------------------------------------

(List as necessary)

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products

Line Item No.:-----------------------------------------------------
Country of Origin:-----------------------------------------------------

(List as necessary)

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate, Alternate I (Jan 2004). If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act":

Canadian End Products:

Line Item No.

----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

(List as necessary)

(3) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate, Alternate II (Jan 2004). If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act":

Canadian or Israeli End Products:

Line Item No.
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

Country of Origin
----------------------------------------------------------------------
----------------------------------------------------------------------

--------------------------------------------------------------------

(List as necessary)

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made, designated country, Caribbean Basin country, or FTA country end product, as defined in the clause of this solicitation entitled ``Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made, designated country, Caribbean Basin country, or FTA country end products.

Other End Products

Line Item No.:--------------------------------------------------------
Country of Origin:----------------------------------------------------

(List as necessary)

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items subject to the Trade Agreements Act, the Government will evaluate offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). The offeror certifies, to the best of its knowledge and belief, that --

(1) The offeror and/or any of its principals ( ) are, ( ) are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency, and

(2) ( ) Have, ( ) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and ( ) are, ( ) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (j)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed End Product

| Listed End Product | Listed Countries of Origin: |
|---|---|
| | |
| | |
| | |

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (j)(1) of this provision, then the offeror must certify to either (j)(2)(i) or (j)(2)(ii) by checking the appropriate block.]

( )(i) The offeror will not supply any end product listed in paragraph (j)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

( ) (ii) The offeror may supply an end product listed in paragraph (j)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that is has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(End of provision)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 60 days of the termination of the contract.
(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days of expiration The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 48 months.

(End of clause)

52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information. (1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office"') by NLT 15 Days (the Contracting Officer shall insert date, days after award, days before first request, the date specified for receipt of offers if the provision at 52.232-38 is utilized, or "concurrent with first request" as prescribed by the head of the agency; if not prescribed, insert "no later than 15 days prior to submission of the first request for payment"). If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. (1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the contract.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using the EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http//FARSITE.hill.af.mil

(End of clause)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 4 | Months | K.D. 91,800.000 | **K.D.367,200.000** |
| | NEW PORTABLE LATRINE LEASE<br>FFP<br>LEASE 900 NEW!!! PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW). Period of Performance for this CLIN will be 2 SEPT 04-1 JAN 05 Location is Camp Arifjan<br>PURCHASE REQUEST NUMBER: W9142U41344002 | | | | |
| | | | | NET AMT | **K.D. 367,200.000** |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | 6 | Months | K.D.83,700 | **K.D. 502,200.000** |
| OPTION | Portable Latrines | | | | |

FFP
This CLIN is an option and subject to availability of funds. LEASE 900 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW) Period of Performance for this CLIN will be 2 JAN 05 - 1JUL 05 Location is Camp Arifjan

NET AMT **K.D.502,200.00**

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1002 | | 6 | Months | K.D.78,300.00 | **K.D. 469,800.000** |
| OPTION | PORTABLE LATRINE LEASE | | | | |

FFP
This CLIN is an option and subject to availability of funds. LEASE 900 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW) 2 JUL 05-1 JAN 06 Location is Camp Arifjan

NET AMT **K.D. 469,800.000**

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 6 | Months | K.D.78,300.00 | **K.D. 469,800.000** |
| OPTION | PORTABLE LATRINE LEASE<br>FFP<br>This CLIN is an option and subject to availability of funds. LEASE 900 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW) 2 JAN 06-1 July06 Location is Camp Arifjan | | | | |

NET AMT **K.D. 469,800.000**

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1004 | | 6 | Months | K.D.78,300.000 | **K.D. 469,800.000** |
| OPTION | PORTABLE LATRINE LEASE<br>FFP<br>This CLIN is an option and subject to availability of funds. LEASE 900 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW) 2 JUL 05-1 JAN 07 Location is Camp Arifjan | | | | |

NET AMT **K.D.469,800.000**

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1005<br>OPTION | PORTABLE LATRINE LEASE<br>FFP<br>This CLIN is an option and subject to availability of funds. LEASE 900 ! PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK (Latrines must be preinspected and follow exact guidelines of SOW) 2JAN07-1JUL07 Location is Camp Arifjan | 6 | Months | K.D.78,300.000 | **K.D.469,800.000** |

NET AMT **K.D.469,800.000**

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 1001 | N/A | N/A | N/A | Government |
| 1002 | N/A | N/A | N/A | Government |
| 1003 | N/A | N/A | N/A | Government |
| 1004 | N/A | N/A | N/A | Government |
| 1005 | N/A | N/A | N/A | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | POP 02-SEP-2004 TO 01-JAN-2005 | N/A | DIRECTORATE OF LOGISTICS ARIFJAN<br>RAMOS<br>HQ BLDG, ZONE ONE ARIFJAN<br>KUWAIT 09336<br>825-4063<br>FOB: Destination | |
| 1001 | POP 02-JAN-2005 TO 01-JUL-2005 | N/A | N/A<br>FOB: Destination | |

| | | | |
|---|---|---|---|
| 1002 | POP 02-JUL-2005 TO 01-JAN-2006 | N/A | N/A<br>FOB: Destination |
| 1003 | POP 02-JAN-2006 TO 01-JUL-2006 | N/A | N/A<br>FOB: Destination |
| 1004 | POP 02-JUL-2006 TO 01-JAN-2007 | N/A | N/A<br>FOB: Destination |
| 1005 | POP 02-JAN-2007 TO 01-JUL-2007 | N/A | N/A<br>FOB: Destination |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-1 | Instructions to Offerors--Commercial Items | JAN 2004 |
| 52.212-3 | Offeror Representations and Certifications - Commercial Items | AUG 2002 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items | JUN 2004 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JAN 2004)

(a) North American Industry Classification System (NAICS) code and small business size standard. The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) Submission of offers. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show--

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3;

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) Period for acceptance of offers. The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) Product samples. When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

(e) Multiple offers. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) Late submissions, modifications, revisions, and withdrawals of offers:

(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2)(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) Contract award (not applicable to Invitation for Bids). The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) Multiple awards. The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) Availability of requirements documents cited in the solicitation. (1) The Index of Federal Specifications, Standards and Commercial Item Descriptions and the documents listed in it may be obtained from the General Services Administration, Federal Supply Service Bureau, Specifications Section, Suite 8100, 470 L'Enfant Plaza, SW, Washington, DC 20407 ((202) 619-8925).

(2) The DOD Index of Specifications and Standards (DODISS) and documents listed in it may be obtained from the Standardization Documents Desk, Building 4D, 700 Robbins Avenue, Philadelphia, PA 19111-5094 (telephone (215) 697-2569).

(i) Availability of requirements documents cited in the solicitation. (1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to--GSA Federal Supply Service Specifications Section, Suite 8100, 470 East L'Enfant Plaza, SW, Washington, DC 20407, Telephone (202) 619-8925, Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the--Department of Defense Single Stock Point (DoDSSP), Building 4, Section D, 700 Robbins Avenue, Philadelphia, PA 19111-5094, Telephone (215) 697-2667/2179, Facsimile (215) 697-1462.

(i) Automatic distribution may be obtained on a subscription basis.

(ii) Order forms, pricing information, and customer support information may be obtained--

(A) By telephone at (215) 697-2667/2179; or

(B) Through the DoDSSP Internet site at http://dodssp.daps.mil.

(3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) Data Universal Numbering System (DUNS) Number. (Applies to all offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address. The DUNS +4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the internet at http://www.dnb.com. An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(k) Central Contractor Registration. Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the Internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(l) Debriefing. If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(4) A summary of the rationale for award;

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

PAGE OF PAGES 1 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | 19-Oct-2004 | [illegible] | |

| 6. ISSUED BY CODE DASA02 | 7. ADMINISTERED BY (If other than item 6) CODE DASA02 |
|---|---|
| ARCENT-KU CONTRACTING OFFICE<br>US ARMY CENTRAL COMMAND-KU<br>ATTN: DIRECTORATE OF CONTRACTING<br>APO AE 09366 | ARCENT-KU CONTRACTING OFFICE<br>US ARMY CENTRAL COMMAND-KU<br>ATTN: DIRECTORATE OF CONTRACTING<br>APO AE 09366 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
[illegible]
[illegible]
[illegible]

CODE S21?? FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. W912D1-04-P-0002 |
| X | 10B. DATED (SEE ITEM 13) 28-Sep-2004 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This contract is being canceled due to command directive of the ASG commander SWA COL Buck Miller 3rd Army Arcent Kuwait. The contract is canceled under the terms of 52.212-1, 52-212-4, 52.249-4

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>JOHN C. COOKENHAM / CONTRACT SPECIALIST<br>TEL: [illegible] EMAIL: [illegible] | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>19-Oct-2004 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

EXHIBIT "C"

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

(End of Summary of Changes)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00003
3. EFFECTIVE DATE: 18-Oct-2004
4. REQUISITION/PURCHASE REQ. NO.: W9142U41344002
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE W912D1
US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #216
CAMP ARIFJAN, KUWAIT AE 09366

7. ADMINISTERED BY (If other than item 6) CODE DABM06
ARCENT-KU-CONTRACTING OFFICE
US ARMY CENTRAL COMMAND-KU
ATTN: DIRECTORATE OF CONTRACTING
APO AE 09889

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE,
SAFAT 13077

CODE SX183 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. W912D1-04-P-0932
X 10B. DATED (SEE ITEM 13) 28-Sep-2004

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modificaton to this previously canceled contract by order of the ASG Commander Kuwait COL Miller. This mod is to remove money from previously canceled contract that was order to be canceled . Contract was canceled in accordance with FAR Part 52.212-4

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JOHN L. COCKERHAM / CONTRACT SPECIALIST
TEL: 011-965-389-2138 EMAIL: john.cockerham@arifjan.arcent.army.mil

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY John L Cockerham Jr
(Signature of Contracting Officer)

16C. DATE SIGNED 24-Oct-2004

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

EXHIBIT
4 D 4

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $613,142.86 from $613,142.86 to $0.00.

SUPPLIES OR SERVICES AND PRICES

CLIN 0001
The pricing detail quantity has decreased by 4.00 from 4.00 to 0.00.
The total cost of this line item has decreased by $613,142.86 from $613,142.85714 to $0.00.

CLIN 0002
The pricing detail quantity has decreased by 5.00 from 5.00 to 0.00.
The total cost of this line item has decreased by $766,428.57 from $766,428.57143 to $0.00.

CLIN 0003
The pricing detail quantity has decreased by 6.00 from 6.00 to 0.00.
The total cost of this line item has decreased by $919,714.29 from $919,714.28571 to $0.00.

CLIN 0004
The pricing detail quantity has decreased by 6.00 from 6.00 to 0.00.
The total cost of this line item has decreased by $919,714.29 from $919,714.28571 to $0.00.

CLIN 0005
The pricing detail quantity has decreased by 6.00 from 6.00 to 0.00.
The total cost of this line item has decreased by $919,714.29 from $919,714.28571 to $0.00.

CLIN 0006
The pricing detail quantity has decreased by 6.00 from 6.00 to 0.00.
The total cost of this line item has decreased by $919,714.29 from $919,714.28571 to $0.00.

(End of Summary of Changes)

EXHIBIT
"E"

Gulf Group
GENERAL ENTERPRISES Co. W.L.L.

4th Entrance, 2nd Floor
Sahiya Commercial Complex
P.O. Box 21613, Safat 13077, KUWAIT
Tel. : + 965 246 1111
Fax.: + 965 246 8222

October 17, 2005

Major John Cockerham
0-4 Contracting officer
Camp Arifjan
Kuwait
Tel: 389-2349
Fax: 389 2333

**Reference: Portable Latrine Contract # W912D1-04-P-0932- P00001**

**Subject: Claim and Settlement Offer.**

Dear Major Cockerham,

We hereby submitting our claim for the Portable Latrine Lease and Services contract with US Army Contracting Command SWA Kuwait (ARCENT) at Camp Arifjan which has been cancelled by US Army on 18th October 2004. The contract was awarded on 23rd September 2004 with the period of performance between September 2, 2004 and May 31, 2007.

In furtherance of the contract we too immediate steps to order equipment and supplies, obtain workers, assemble, deliver and maintain latrines and all other necessary requirements to perform its obligations both anticipated and ultimate as per the scope of work and were doing the services.

In the mean while we received an order of cancellation of the contract stating that "Contract is cancelled due to command directive of the ASG Commander SWA COL Brick Miller 3rd Army Arcent Kuwait, Contract was cancelled in accordance with FAR Part 52.212-1, 52.212-4, 52.246-1".

By the cancellation of the contract we have had an irreparable injury and loss. So we request your kind attention and approval for our claim and submitting this claim with following documents for reimbursement of both costs and profits.

The following documents are enclosed for your review and verification.

1) Form 1436 Settlement proposal
2) Claim and Settlement Offer
3) Appendix: 1. Contract
4) Appendix: 2. Cancellation Documents
5) Appendix: 3. Expense Table
6) Appendix: 4. Expense Documents
7) Appendix: 5. Pictures of Latrines and vehicles.

If you have any queries, please call me at your convenient time and date. And we are ready to any explanations and details with respect to the claim.

Thanks and regards

Saud Al Tawash
General Manger
Cell: +965 962-3434

GULF GROUP * GEN. ENTERPRISES CO. W.L.L. *

Received By
Major Cockerham
16 Dec 05
John Cockerham

CLAIM & SETTLEMENT OFFER FOR
FIXED PRICE SERVICE CONTRACT
#W912D1-04-P-0932

INTRODUCTION

This is an offer for settlement under FAR Part 49 with regard to contract #W912D1-04-P-0932 which is between US Army Contracting Command SWA-Kuwait ("Arcent"), and Gulf Group General Enterprises Co. W.L.L., ("Gulf Enterprises") awarded September 23, 2004, with the period of performance being between September 2, 2004, and May 31, 2007. A copy of the contract is found in Appendix 1. This offer includes reimbursement of both costs and lost profits. Other considerations such as settlement expenses are still being determined. however, Gulf Enterprises is willing at this time to accept $ 4,558,428.68 as full and final settlement.

Pursuant to Part 49.206-1(c) of the Federal Acquisition Regulations (FAR), the forms provided in Part 49.602 are determined to be inadequate for the settlement of this fixed price service contract. However. SF 1436 is completed to the extent possible for the benefit of Army record keeping.

BACKGROUND

The subject contract is the result of the Arcent solicitation #W912D1-04-R-0029 issued August 18, 2004, which had been discussed and negotiated up to the contract award date. The contract subject matter relates to the provision and maintenance of latrines.

In furtherance of the contract and its preceding negotiations Gulf Enterprises took immediate steps to order equipment and supplies, obtain workers, assemble, deliver, and maintain latrines, and all other necessary requirements to perform its obligations, both anticipated and ultimate. See Appendices 4 and 5 for specific documents. The necessary latrines were delivered via air in order to meet the Army's requirement for speed. On October 18, 2004, Gulf Enterprises was ordered to stop its contractual compliance activities pursuant to documents included herein as Appendix 2, which stated the contract was "cancelled due to command directive of the ASG commander SWA COL Brick Miller 3rd Army Arcent Kuwait." Further communication, attached as Appendix 3, clarified that this contract was being terminated "for the convenience of the government." The cancellation date was after Gulf Enterprises had adequately performed its duties and had fully prepared to continue performance for a period of years. Gulf Enterprises continues to hold a substantial inventory of latrines.

TOTAL CLAIM AMOUNT

As demonstrated with the help of page 2 of Modification P00003 which is found on the fourth page of Appendix 2: and pages 11-15 of the contract as reproduced in Appendix 1, the rate of payments were intended to be as follows:

| | | |
|---|---|---|
| CLIN 0001 | $613,142.86 | 171,680.000 KWD |
| CLIN 0002 | $766,428.57 | 214,600.000 KWD |
| CLIN 0003 | $919,714.29 | 257,520.000 KWD |
| CLIN 0004 | $919,714.29 | 257,520.000 KWD |
| CLIN 0005 | $919,714.29 | 257,520.000 KWD |
| CLIN 0006 | $919,714.29 | 257,520.000 KWD |
| **Total Claim:** | **$5,058,428.59** | **1,416,360.000 KWD** |

OFFER OF SETTLEMENT

The FARs allow for reimbursement of costs and lost profits in cases where a contract is terminated for the convenience of the government. FAR Part 49.201(a) states that:

> "A settlement should compensate the contractor fairly for the work done and the preparations made for the terminated portions of the contract, including a reasonable allowance for profit. Fair compensation is a matter of judgment and cannot be measured exactly... The use of business judgment, as distinguished from strict accounting principles, is the heart of a settlement."

These requirements are upheld by the courts. Contract remedies are designed to make the non-breaching party whole. One way to achieve that end is to give the non-breaching party "expectancy damages," *i.e.*, the benefits the non-breaching party expected to receive in the absence of a breach. *Glendale Fed. Bank, FSB v. United States*, 239 F.3d 1374, 1379 (Fed. Cir. 2001), citing Restatement (Second) of Contracts § 344(a) (1981). "The general rule in common law breach of contract cases is to award damages sufficient to place the injured party in as good a position as he or she would have been had the breaching party fully performed." *San Carlos Irrigation & Drainage Dist. v. United States*, 111 F.3d 1557, 1562-63 (Fed. Cir. 1997). Moreover, the damages must have been foreseeable at the time the parties entered the contract, which requires that they "be the natural and proximate result of the breach." *Locke v. United States*, 283 F.2d 521, 526 (Ct. Cl. 1960). It is not the duty of courts to second-guess the terms of a bargained-for exchange. *Aero Spacelines v. United States*, 530 F.2d 324, 354 (Ct. Cl. 1976).

Here, Gulf Enterprises fully complied with its requirements and performed for the agreed period until Arcent determined its services were no longer necessary. As a

consequence it should be allowed full profit. Gulf Enterprises should also be compensated fully for the costs incurred in furtherance of the contract. The contract costs, when added to the anticipated contract profit, total $5,058,428.59, the full contract price. "In negotiating or determining profit, factors to be considered include… the rate of profit that the contractor would have earned had the contract been completed; [and] The rate of profit both parties contemplated at the time the contract was negotiated." FAR Part 49.202(b)(7), (8).

CONCLUSION

FAR Part 49.201(b) states that "The primary objective is to negotiate a settlement by agreement. The parties may agree upon a total amount to be paid the contractor without agreeing on or segregating the particular elements of costs or profit comprising this amount."

For the forgoing reasons, Gulf Enterprises seeks $4,558,428.60.

CERTIFICATION

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Ferdinand F. Peters, MN Atty Lic. #157041
Lakes & Plains Office Building
842 Raymond Avenue, Suite 201
St. Paul, Minnesota 55114
(651) 647-6250
Attorney for Gulf Group
General Enterprises, W.L.L.

## SETTLEMENT PROPOSAL (TOTAL COST BASIS)

OMB No.: 9000-0012
Expires: 06/30/2004

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVA), Regulatory and Federal Assistance Publications Division, GSA, Washington, DC 20405.

### FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR FIXED-PRICE SUBCONTRACTOR

THIS PROPOSAL APPLIES TO (Check one)
[X] A PRIME CONTRACT WITH THE GOVERNMENT    [ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO(S)

COMPANY: GULF GROUP GENERAL ENTERPRISES CO. W.L.L.

STREET ADDRESS: SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE

CITY AND STATE (Include ZIP Code): SAFAT 13077

**CONTRACTOR WHO SENT NOTICE OF TERMINATION**

NAME: MAJOR JOHN COCKERHAM

ADDRESS (Include ZIP Code): CAMP ARIFJAN

NAME OF GOVERNMENT AGENCY: US ARMY CONTRACTING COMMAND SWA-KUWAIT

GOVERNMENT PRIME CONTRACT NO.: W912D1-04-P-0932

CONTRACTOR'S REFERENCE NO.:

If moneys payable under the contract have been assigned, give the following:
NAME OF ASSIGNEE

ADDRESS (Include ZIP Code)

EFFECTIVE DATE OF TERMINATION: 19-Oct-2004

PROPOSAL NO.: 1

CHECK ONE: [X] INTERIM [ ] FINAL

SF 1439, SCHEDULE OF ACCOUNTING INFORMATION [ ] IS [X] IS NOT ATTACHED (If not, explain below)

ACCOUNTING INFORMATION IS PROVIDED IN ATTACHED DOCUMENTS.

### SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT OR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED: ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED: ON HAND: PAYMENT NOT TO BE RECEIVED THROUGH INVOICING (d) | UNFINISHED OR NOT COMMENCED: SUBSEQUENTLY COMPLETED AND INVOICED* (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| CONTRACT TO PROCURE | QUANTITY | | | | | | |
| | $ | | | | | | |
| AND SERVICE LATRINES. | QUANTITY | | | | | | |
| | $ | | | | | | |
| SEE ATTACHED. | QUANTITY | | | | | | |
| | $ | | | | | | |

### SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL PREVIOUSLY PROPOSED (b) (Use Columns (b) and (c) only where previous proposal has been filed) | INCREASE OR DECREASE BY THIS PROPOSAL (c) | TOTAL PROPOSED TO DATE (d) | FOR USE OF CONTRACTING AGENCY ONLY (e) |
|---|---|---|---|---|---|
| 1 | DIRECT MATERIAL | | | | |
| 2 | DIRECT LABOR | | | | |
| 3 | INDIRECT FACTORY EXPENSE *(from Schedule A)* | | | | |
| 4 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT *(SF 1428)* | | | | |
| 5 | OTHER COSTS *(from Schedule B)* | | | | |
| 6 | GENERAL AND ADMINISTRATIVE EXPENSES *(from Schedule C)* | | | | |
| 7 | TOTAL COSTS *(Items 1 thru 6)* | | | | |
| 8 | PROFIT *(Explain in Schedule D)* | | | | |
| 9 | TOTAL *(Items 7 and 8)* | | | | |
| 10 | DEDUCT FINISHED PRODUCT INVOICED OR TO BE INVOICED* | | | | |
| 11 | TOTAL *(Item 9 less Item 10)* | | | | |
| 12 | SETTLEMENT EXPENSES *(from Schedule E)* | | | | |
| 13 | TOTAL *(Items 11 and 12)* | | | | |
| 14 | SETTLEMENTS WITH SUBCONTRACTORS *(from Schedule F)* | | | | |
| 15 | GROSS PROPOSED SETTLEMENT *(Items 13 thru 14)* | | | | |
| 16 | DISPOSAL AND OTHER CREDITS *(from Schedule G)** | | | | |
| 17 | NET PROPOSED SETTLEMENT *(Item 15 less 16)* | | | | |
| 18 | ADVANCE, PROGRESS & PARTIAL PAYMENTS *(from Schedule H)* | | | 4,558,428.60 | |
| 19 | NET PAYMENT REQUESTED *(Item 17 less 18)* | | | 4,558,428.6 | |

*Column (e), Section I, should only be used in the event of a partial termination, in which the total cost reported in Section II should be accumulated to date of completion of the continued portion of the contract and the deduction for finished product (Item 10, Section II) should be the contract price of finished product in Column (b), (c), and (e).

NOTE: File inventory schedule (SF 1428) for allocable inventories on hand at date of termination (See 49.206).

(When the space provided for any information is insufficient, continue on a separate sheet.)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

SCHEDULE A - INDIRECT FACTORY EXPENSE *(Item 3)*

| DETAIL OF EXPENSES | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: Individual items of small amounts may be grouped into a single entry in Schedules B, C, D, E, and G.

SCHEDULE B - OTHER COSTS *(Item 5)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| PROCUREMENT AND SERVICING -- | SEE ATTACHED | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSES *(Item 6)*

| DETAIL OF EXPENSES | METHOD OF ALLOCATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE D - PROFIT *(Item 8)*

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(Where the space provided for any information is insufficient, continue on a separate sheet.)

SCHEDULE E - SETTLEMENT EXPENSES *(Item 12)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| CURRENTLY BEING REVIEWED | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE F - SETTLEMENTS WITH IMMEDIATE SUBCONTRACTORS AND SUPPLIERS *(Item 14)*

| NAME AND ADDRESS OF SUBCONTRACTOR | BRIEF DESCRIPTION OF PRODUCT CANCELED | AMOUNT OF SETTLEMENT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE G - DISPOSAL AND OTHER CREDITS *(Item 16)*

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(If practicable, show separately amount of disposal credits applicable to acceptable finished product included on SF 1428.)

(Where the space provided for any information is insufficient, continue on a separate sheet.)