UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 15 2006
U.S. COURT OF FEDERAL CLAIMS

GULF GROUP GENERAL ENTERPRISES CO. W.L.L.

Plaintiff,

VERSUS

THE UNITED STATES OF AMERICA

Defendant,

Case No.: 06-858 C

## RULE 7.1 DISCLOSURE STATEMENT

NOW COME plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and submits in duplicate its Disclosure Statement pursuant to RCFC 7.1:

Gulf Group has no known corporate parent and no publicly held company owns 10% or more of its stock.

Dated: December 14, 2006

Respectfully submitted,

MILLER & WILLIAMSON LLC

ILIAURA HANDS (LA # 23115)
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***