IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-858C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ROBERT CHANDLER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ROBERT CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ ROBERT CHANDLER
ROBERT CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-4678
Fax: (202) 514-8624

January 8, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of January 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ ROBERT CHANDLER