IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP ENTERPRISES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-858 |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 35 days, to and including March 20, 2007, within which to respond to plaintiff's complaint. Our response is presently due on February 13, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff has been contacted and does not oppose this request for an enlargement of time.

Upon assignment of this case, defendant's counsel promptly requested, pursuant to 28 U.S.C. § 520, that the Department of the Army (the "Army") provide him with a litigation report. The Army has informed defendant's counsel that, because the contract at issue in this case was to be performed in Kuwait, communication with witnesses and the collection of documents has been delayed. Additional time therefore is necessary to prepare a litigation report. Moreover, plaintiff has filed two additional cases against the United States (Fed. Cl. Nos. 06-835, 06-853) and has informed the United States it intends to file a

fourth case. The Government therefore respectfully requests additional time in order to consider how it might coordinate its responses to these cases.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

February 7, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 7th day of February 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler