IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 06-858C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 26, 2007 order, the parties hereby respectfully submit this Joint Status Report.

On March 26, 2007, the Court stayed proceedings in this matter so that the parties might explore alternative means of resolving this case, including by a decision of the contracting officer. On May 21, 2007 the contracting officer issued a final decision on plaintiff's claim awarding the plaintiff relief for termination for convenience in the amount of $149,285.71.

Plaintiff disagrees with the amount awarded by the contracting officer and wishes to continue with this litigation. Pursuant to agreement by the parties, plaintiff shall file an amended complaint in accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") on July 6, 2007. The Government shall file its answer to the amended complaint, counterclaim, if any, or a motion to dismiss pursuant to RCFC 12, on July 27, 2007, in accordance with RCFC 12(b) and 15(a).

The parties propose that, upon the Government's filing of its response to the complaint, litigation proceed according to the Rules of this Court. Should this action proceed to discovery,

the parties anticipate filing a proposed discovery schedule in connection with the joint preliminary status report required by Appendix A of the RCFC.

Respectfully submitted,

MILLER & WILLIAMSON, LLC

s/Iliaura Hands
ILIAURA HANDS
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Attorney for Plaintiff

—and—

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

June 25, 2007

Attorneys for defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS