# In the United States Court of Federal Claims

No. 06-858 C

(Filed: June 26, 2007)

| | |
|---|---|
| ****************************************** | |
| **GULF GROUP GENERAL ENTERPRISES,** | * |
| **CO W.L.L.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**ORDER**

In view of the joint status report filed on June 25, 2007, the Court hereby lifts the stay. The Court ORDERS the following:

| | |
|---|---|
| Plaintiff's Amended Complaint due | **July 6, 2007** |
| Defendant's Answer to the Amended Complaint due | **July 27, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge