**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: No. 06-858C**<br>**(Chief Judge Damich)** |

**AMENDED COMPLAINT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and Pursuant to This Court's Order of June 26, 2007(Rec. Doc. #10) and in accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC") submits this Amended Complaint against The United States of America (hereinafter "the Government"), and in that respect avers as follows:

1.

At all pertinent times Plaintiff, Gulf Group, is a Kuwait corporation with its principal place of business in Kuwait City, Kuwait.

**2.**

At all pertinent times Defendant, the United States of America, was acting through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) at Camp Arifjan.

**3.**

Jurisdiction over this case is based on the Contract Dispute Act of 1978, 41 U.S.C. §601 *et*

*seq.*, and the Tucker Act, 28 U.S.C. §1491 for claims against the United States.

**4.**

This is a contract action based upon the Contracting Officer's denial in part of Gulf Group's Certified Claim for damages that were caused by the Government's cancellation of Gulf Group's contract for the supply and services of new portable latrines, and which claim was initially submitted to the then Contracting Officer Major John Cockerham on October 17, 2005, and re-submitted on March 26, 2007 to contracting officer Joe Libbey for a final decision as required under 41 U.S.C. §605.

**5.**

On or about August 18, 2004 the Government solicited bids for the lease of 900 new portable latrines for Camp Arifjan, Kuwait, and to provide maintenance, supplies and cleaning services for those new latrines as described in the Items No. 0001. 1001, 1002, 1003, 1004 and 1005, for the base period commencing on September 2, 2004 and ending January 1, 2005 plus additional option periods subject to availability of funds culminating on July 1, 2007 as indicated in the bid solicitation No. W912D1-04-R-0029, to which Gulf Group responded with the attached **Exhibit "A."**

**6.**

In awarding the contract for the lease and service of the 900 new latrines, the Government split the contract among two contractors, Gulf Group and Jasmin International, who were to perform their respective services simultaneously. Therefore, as a result of the Government's decision to split the contract, Gulf Group was to supply and service only 400 of the 900 latrines initially solicited.

**7.**

After being informed that Gulf Group was required to supply and service a smaller number of latrines than initially represented, Gulf Group revised its bid accordingly to take into consideration this change and re-submitted its bid which was accepted by the Government. Thereafter, on September 23, 2004, the Government through the Department of the Army, U.S. Army Contracting Command SWA-Kuwait (ARCENT) awarded to Gulf Group a Fixed Price Service Contract No. W912D1-04-P-0932 (attached hereto as **Exhibit "B"**), for the procurement and supply of 400 of the 900 new portable latrines it had initially solicited for Camp Arifjan, and to provide maintenance, supplies and cleaning services for those new latrines, for all of the periods solicited in the bid, staring with a base period of performance for the first 4 months of the contract from September 28, 2004 through January 21, 2005, continuing with one additional period of performance of 5 months after that, and 4 more periods of 6 months each, all as reflected in the contract under Items No. 0001 - 0006 found at pages 11-13 of Exhibit "B."

**8.**

Upon award of the contract, and in order to ensure an expeditious and effective performance of its contractual obligations, Gulf Group immediately took steps to acquire the necessary equipment, supplies, personnel needed for Gulf Group to procure their delivery, placement, maintenance and service, and to therefore comply with its contractual obligations. Specifically, Gulf Group purchased the new latrines to satisfy the Government's specific requirements that the latrines be new, also through its sister company, Gulf Telecom, who Gulf Group utilizes for imports and custom clearance purposes, Gulf Group incurred air shipping expenses and import customs duties

for the prompt delivery of the latrines to satisfy the government's requirement for immediate performance, hired personnel and entered in rental and service agreements with the subcontractors Gulf Eastern Group Gen. Trad. & Cont. Co. - California Chem-Clean, and Central Trucks Co., for the supply of vacuum tankers, water tankers, cleaning services, and personnel to maintain and service the latrines, in addition to management, consulting and operating expenses, all at the cost of Kuwait Dinars (KWD)156,607.611.

**9.**

Gulf Group was therefore fully supplied and staffed to perform under the contract and was ready to continue to fully perform for the duration of the contract, including any potential future extensions of the same beyond the base and option periods awarded.

**10.**

On or about October 18, 2004, after Gulf Group had already adequately commenced performing its contractual duties, and after incurring substantial preparatory costs to perform under the contract for the entire term including any potential extensions, the U.S. Army Contracting Officer, Major John Cockerham, without warning or just reason, following the command directive of the ASC Commander SWA Col Brick Miller, 3rd. Army Arcent, Kuwait, issued an Amendment of Solicitation/Modification of Contract number P00002 with effective date of October 19, 2004 (attached hereto as **Exhibit "C")** and terminated the contract issuing a second Amendment of Solicitation/Modification of Contract number P00003 dated October 24, 2004 with effective date October 18, 2004 (attached hereto as **Exhibit "D"**) to remove the money that had been allocated to the contract with Gulf Group. Both documents, Exhibit "C" and "D" indicate that the cancellation

is for the convenience of the government under FAR Part 52.212-4.

**11.**

The Government, by virtue of its arbitrary decision to cancel the contract without just cause, diverted business away from Gulf Group and thereby caused Gulf Group substantial damages for which the Government is required to compensate Gulf Group fully and to put Gulf Group in as good a position as it would have been had the Government not cancelled the contract, including the fair compensation for the services supplied, profits it anticipated to generate for the full term of the Contract and upon which Gulf Group fully relied to submit its bid and enter into the contract, as well as for the preparatory expenses incurred in furtherance of the contract and in the preparation and presentation of the claims submitted to the Contracting Officers including legal fees and interest.

**12.**

As a result of the Government's cancellation of the contract, Gulf Group incurred damages in the form of lost profits of KWD1,416,360.00, preparatory expenses of approximately KWD156,607.611 less any saved expenses to be credited to the Government as shown at the time of trial, in addition to legal fees and costs incurred towards the preparation and presentation of a termination settlement and the claims that were presented to the Contracting Officers on October 20, 2005 and March 26, 2007, plus interest, the specific sum of which will be proven at the time of trial, and for which Gulf Group is entitled to be compensated by the Government.

**13.**

On May 21, 2007 the Contracting Officer Joe L. Libbey of the U.S. Army Contracting Agency for Southwest Asia - Kuwait. issued a final decision in which it granted in part and denied

in part Gulf Group's claim for damages, awarding compensation in the amount of $149,285.71 plus interest. Gulf Group disputes the computation of the award made by the Contracting Officer but stipulates and accepts the portion of the damages awarded by the Contracting Officer plus interest as partial compensation for its damages, and seeks that the additional compensation be awarded by this Court for its damages that were denied all as it will be shown at the time of trial.

**WHEREFORE**, Plaintiff prays that:

I. Judgment be entered in favor of the Plaintiff, Gulf Group General Enterprises Co. W.L.L. and against The United States, for lost profits, preparatory expenses legal fees, costs and interest as claimed herein and in an amount to be proven at the time of the trial; and

III. Plaintiff be awarded such other relief as it may be entitled to receive under the law.

Dated: July 6, 2007

Respectfully submitted,

s/Iliaura Hands

ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS