# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30

1. REQUISITION NUMBER: W9142U41344002

PAGE 1 OF 16

2. CONTRACT NO.: W912D1-04-P-0932-P00001

3. AWARD/EFFECTIVE DATE: 23-Sep-2004

4. ORDER NUMBER:

5. SOLICITATION NUMBER: W912D1-04-R-0029

6. SOLICITATION ISSUE DATE: 18-Aug-2004

7. FOR SOLICITATION INFORMATION CALL: a. NAME: JOHN L. COCKERHAM

b. TELEPHONE NUMBER (No Collect Calls): 011-965-389-2136

8. OFFER DUE DATE/LOCAL TIME: 12:00 AM 25 Aug 2004

9. ISSUED BY CODE W912D1

US ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BUILDING #216
CAMP ARIFJAN, KUWAIT AE 09366

TEL: 430 2335
FAX: 430 2333

10. THIS ACQUISITION IS [X] UNRESTRICTED

[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)

SIC:

SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE

ARCENT-KU-DIRECTORATE OF LOGISTICS(DOL)
SFC VEGA
DOL
ARIFJAN

16. ADMINISTERED BY CODE DABM06

ARCENT-KU-CONTRACTING OFFICE
US ARMY CENTRAL COMMAND-KU
ATTN: DIRECTORATE OF CONTRACTING
APO AE 09889

17a. CONTRACTOR/ OFFEROR CODE SX183

GULF GROUP GENERAL ENTERPRISES CO. W.L.L
SALHIYA COMMERCIAL COMPLEX 4TH ENTRANCE,
SAFAT 13077

TEL. 965-246-8111

FACILITY CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE S09076

ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
FAX: 965-468-5219; PHONE 965-468-2051
APO AE 09889-9900

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT: KWD171,680.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 0 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[X] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30a. SIGNATURE OF OFFEROR/CONTRACTOR

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) Gloria D. Davis

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Gloria D. Davis / Contracting Officer
TEL: 011-965-389-2335
EMAIL: gloria.davis@arifjan.arcent.army.mil

31c. DATE SIGNED: 28-Sep-2004

32a. QUANTITY IN COLUMN 21 HAS BEEN [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

33. SHIP NUMBER [ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

# STATEMENT OF WORK (SOW)

## Portable Latrine Lease and Maintenance

1. Scope: The Contractor will provide a maximum of 900 portable latrine units and provide maintenance, supplies and service and cleaning of units.

2. The Contractor must quote must quote using a price per day cost for each latrine for quanities of 100 or 200 or 300 or 500 latrines to Camp Arifjan and surrounding camps. The Contractor must have the ability to place the entire 900 latrines if awarded a contract. The Contractor will provide all materials, equipment and labor necessary for provision of services described in this statement of work.

3. Period of Performance: The Contractor will deliver portable latrines within 10 days of receipt of the order. The period of performance of this Statement of Work will start on 02 Sep 04 and end 1 Jan 05.

3.0 Technical Specifications: The Contractor will provide fully enclosed outdoor type portable latrines with the following specifications:

3.1. Each latrine will be fully enclosed with a cabana constructed of materials impervious to chemicals and waste. All hardware, including latches, chains, locks and hinges will be made from corrosion resisting steel, brass or carbon steel (carbon steel will be zinc, cadmium or chrome plated). All metals will be similar so as to reduce or inhibit electrolytic corrosion.

3.2. Each latrine will have a urinal and a toilet seat. The seat may be either open front design or molded into the tank. The urinals and connected plumbing will be manufactured of materials impervious to chemicals and waste. The spouthose connecting the urinal and tank will be a minimum of 3/4 inch in diameter.

3.3. Each latrine will have a minimum 50-gallon tank assembly constructed of materials impervious to chemicals and waste and have a smooth surface to facilitate cleaning. The tank must have 10-Gallons of water at all times with Green disinfect tablet inserted in each tank to prevent flies, odor.

3.4. The doors will be self-closing and tight fitting with a securely attached interior

hook and *eye,* swing and latch or slide bolt-locking mechanism. Door hinges will be one of the following types; piano hinges, butt hinges or heavy-duty spring-loaded hinges. Hinges will be securely attached and tamper resistant. Springs must be in a coil in the (3) three hinges of the door.

STATEMENT OF WORK (SOW)

3.5. To resist mold, mildew, rot and insect damage, each latrine will be fitted with skids and tank under grid, fabricated from non-corrosive metal or construction grade *pressure* treated wood.

3.6. A minimum vent area to the outside of the latrine through a minimum of 8 inches and a max of 12 inches in diameter. The vent opening and the vent pipe size must match and fit snug and evenly not to leave a space around the vent pipe for insects or rain to enter.

3.7. There will be a minimum of two-screened ventilation areas venting the cabana, each having a minimum of 12 square inches of vent area. The vents will be fitted with a minimum size 16 mesh screening material to keep flies, wasp, insects, etc. out of the latrine.

3.8. Each latrine will be equipped with a two-roll toilet tissue dispenser with toilet tissue placed in the dispenser. Toilet tissue will not be placed on the seat, floor, or anywhere other than in the dispenser. The dispenser will be constructed to prevent "free reeling" of the tissue. Each latrine will be stocked with sufficient rolls of toilet tissue to last between services. Toilet paper will be provided by vendor.

3.9. Each latrine will be equipped with a hand sanitation gel dispenser mounted on the interior wall of the latrine. The dispenser will be filled with an approved fast drying hand-sanitizing gel.

3.10. Each latrine will be tied down separately or in groups using a standard tie down strap or substantial rope connected on each end to rebar type stakes firmly positioned in the ground. The Contractor will provide all tie down, rope and staking equipment.

4. Specific Tasks:

4.1. *Delivery, Movement and Removal.*

4.1.1. Delivery and movement will include set up, positioning and servicing. Removal will include cleaning and elimination. The Contractor will ensure that all portable latrines and equipment delivered under this contract meet the minimum specifications as detailed in the Technical Specifications of this statement of work. All equipment and trucks used in conjunction with delivery, movement and removal will be leak proof and maintained in a clean and presentable condition.

4.1.2. The Contractor will place portable latrines in location designated by the COR. Each latrine will be in serviceable condition. latrines will be placed on a level surface with the door facing away from prevailing winds.

4.1.3. The Contractor will have the ability to relocate as many as forty (40) latrines within two (2) days of notification by the COR.

4.1.4. Within two (2) days of notification, the Contractor will remove all portable latrines designated as no longer required by the COR.

4.2. *Cleaning.* The Contractor will empty and clean each latrine daily by wiping down interior walls and seat with mild disinfectant water or solution (that is nonharmful to the skin and eyes) and will provide steam cleaning reconditioning services once a month. The Contractor will provide all materials, equipment, personnel, chemicals, and cleaning supplies to include using an approved disinfectant. The Contractor will provide a Material Safety Data Sheet to the COR for any chemicals used in this contract. The cleaning services will include the following:

4.2.1. Daily. The Contractor will vacuum sewage from the basin. Debris such as cans, bottles, rags, sticks; etc. will be removed from the waste tank, collected and hauled away for proper disposal. No debris will be allowed to contaminate the outside area around the chemical latrine. The Contractor will be responsible for cleanup of any spills. After all sewage and debris have been removed the Contractor will wash the toilet seat, urinal, and adjacent area around the toilet

seat with the approved cleaning solution and remove all built up dirt and waste by scrubbing with a nylon hand brush. The Contractor will fill the empty basin with a mixture of two (2) cups disinfectant solution and ten (10) gallons fresh water. The Contractor will refill toilet paper dispensers and hand sanitation gel dispensers. The Contractor will leave the area in and around the latrines in a sanitary state.

4.2.2. Monthly. The Contractor will hot water pressure wash each latrine. The hot water pressure washers will have a minimum 1,500-psi with a variable adjustable nozzle. a temperature output of 190 to 200 degrees Fahrenheit, and be equipped with a high-pressure detergent injector. Pressure washing must have sufficient force in conjunction with adequate cleaning solutions to remove built up residues and scale and will include cleaning the inside wall; cleaning the holding tank to remove build up; cleaning the space between the tank, urinal and walls; removal or reduction of graffiti; removal of urinal build up; disinfecting toilet seat, urinal, and door handle and exterior cleaning.

4.2.3. Waste Disposal. Service trucks will have separate storage tanks for holding waste from serviced latrines and potable water for recharging units after cleaning. Each service truck will be equipped with a storage compartment for collecting debris removed from portable latrines during servicing. Hoses used to pump out the tanks and to deposit waste at the manhole will be leak free and pliable. The Contractor will be dispose of waste and debris materials collected at Camp Arifjan at an offsite location. If the Contractor is found in violation of this requirement, the contract will be terminated immediately.

4.3. *Maintenance.*

4.3.1. The Contractor will provide maintenance and repair service to all portable latrines delivered and placed on the installation. The Contractor will repair the

Replace locks, hinges, etc. to maintain the serviceable condition of each unit. The Contractor will repair latrines within twenty-four(24) hours of notification. If a latrine is found not to be repairable, it will be removed from service and replaced with a new latrine within forty-eight (48) hours.

4.3.2. The Contractor will perform periodic maintenance on the latrine units as often as necessary to keep them water tight, fly and insect proof, neat and in a sanitary condition.

5. Acceptance Requirements: The Contractor will notify the COR within 5 days of receipt of the contract in order to arrange delivery. The Contractor will notify and provide the COR with delivery and removal receipts for each latrine delivered or removed from Camp Arifjan. The Contractor will notify the COR of completion of the daily and monthly cleanings and will provide the COR an opportunity to inspect. The Contractor will provide monthly service and maintenance reports with their invoices. Each item of equipment or property furnished under this contract will be in safe operational condition. If the Contracting Officer or the Contracting Officer's Representative (COR) determines that any item of equipment or property furnished is not suitable for performance under this contract, the Contracting Officer will promptly inform the Contractor to repair or replace that item of equipment or property within twenty-four (24) hours.

**The vendor must bid on all the option periods. The vendor must use NEW Latrines and must take into consideration that they are bidding on the daily servicing of the latrines also latrines must be checked and cleaned twice a day.**

**POC for this solicitation is CPT John Cockekrham. Phone 965-389-2136. Email is John.Cockerham@arifjan.arcent.army.mil**

**The Fax is 965-389-2333 Atten CPT Cockerham**

<u>CLAUSES</u>
CLAUSES INCORPORATED BY REFERENCE

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-1 | Instructions to Offerors--Commercial Items | JAN 2004 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.247-27 | | APR 1984 |

| | | |
|---|---|---|
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-20 | Warranty Of Services | MAY 2001 |
| 52.249-1 | Termination For Convenience Of The Government (Fixed Price) (Short Form) | APR 1984 |
| 52.249-4 | Termination For Convenience Of The Government (Services) (Short Form) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.209-7001 | | |
| 252,209-7001 | | |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7011 | Notification to Delay Performance | JUN 1998 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUN 2004) (DEVIATION)

(a) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (a) if the contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (October 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(c) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 60 days of the termination of the contract.
(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days of expiration The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 48 months.

(End of clause)

52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER—OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information. (1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office'") by NLT 15 Days (the Contracting Officer shall insert date, days after award, days before first request, the date specified for receipt of offers if the provision at 52.232-38 is utilized, or "concurrent with first request" as prescribed by the head of the agency; if not prescribed, insert "no later than 15 days prior to submission of the first request for payment"). If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. (1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the contract.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using the EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http//FARSITE.hill.af.mil

(End of clause)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 4 | Months | KWD42,920.00 | KWD171,680.00 |
| | PORTABLE LATRINE LEASE<br>FFP<br>LEASE 400 NEW!!! PORTABLE LATRINES TO INCLUDESERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK<br>PURCHASE REQUEST NUMBER: W9142U41344002 | | | | |
| | | | | NET AMT | KWD171,680.00 |
| | ACRN AA Funded Amount | | | | $613,142.86 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 5 | Months | KWD42,920.00 | KWD214,600.00 |
| OPTION | Lease 400 Latrines | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE DAILY CLEANING SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD214,600.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Portable latrine lease | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Portable Latrines | | | | |

FFP
LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Leased Latrines<br>FFP<br>LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK | | | | |

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 6 | Months | KWD42,920.00 | KWD257,520.00 |
| OPTION | Leased Latrines<br>FFP<br>LEASE 400 PORTABLE LATRINES TO INCLUDE SERVICES, MAINTENANCE, AND MONTHLY STEAM CLEANING SERVICES. SEE ATTACHED STATEMENT OF WORK | | | | |

NET AMT KWD257,520.00

Funded Amount $0.00

FOB: Destination

CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|

800.00 900.00

CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|---|
| 0004 | | $ | | $ |
| 0006 | | $ | | $ |
| 0001 | | $ | | $ |
| 0002 | | $ | | $ |
| 0003 | | $ | | $ |
| 0005 | | $ | | $ |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |
| 0003 | N/A | N/A | N/A | Government |
| 0004 | N/A | N/A | N/A | Government |
| 0005 | N/A | N/A | N/A | Government |
| 0006 | N/A | N/A | N/A | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 0001 | POP 28-SEP-2004 TO 21-JAN-2005 | N/A | ARCENT-KU-DIRECTORATE OF LOGISTICS(DOL)<br>SFC VEGA<br>DOL<br>ARIFJAN<br>428-2019/2989<br>FOB: Destination | |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |
| 0004 | N/A | N/A | N/A | N/A |
| 0005 | N/A | N/A | N/A | N/A |
| 0006 | N/A | N/A | N/A | N/A |

## ACCOUNTING AND APPROPRIATION DATA

AA: 2142020000076 2084P135197000026EB832QS2W9142U413440022QS283S09076
AMOUNT: $613,142.86

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items | JUN 2004 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |