IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO.W.L.L. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-858C |
| v. | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and therefore denies those allegations.

2. Admits.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Defendant admits that Major Cockerham signed for receipt of Gulf Group's claim on December 16, 2005 and that such claim was re-submitted on March 26, 2007. The remainder of the allegations contained in paragraph 4 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits to the extent the allegations contained in paragraph 5 are supported by the cited contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits to the extent the allegations contained in paragraph 6 are supported by the cited contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Denies the allegations contained in the first sentence of paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second sentence of paragraph 7 to the extent the allegations contained in the second sentence of paragraph 7 are supported by the cited contract, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 7.

8. Denies the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Denies the allegations contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Admits that Major Cockerham issued an Amendment of Solicitation/Modification of Contract number P00002 effective October 19, 2004 terminating the subject contract and that Major Cockerham issued Amendment of Solicitation/Modification of Contract number P00003 dated October 24, 2004 effective October 18, 2004 to remove money from the previously canceled contract and indicated that cancellation was in accordance with FAR Part 52.212-4. Denies the remaining allegations contained in paragraph 10.

11. Denies.

12. Denies.

13. Admits the first sentence of paragraph 13. The second sentence of paragraph 13 contains a statement of plaintiff's litigation position, to which no response is required. To the extent a response is required, this sentence is denied.

14. Denies that plaintiff is entitled to the relief set forth in the prayer for relief.

15. Denies each and every allegation not previously admitted or otherwise qualified or any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

July 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of July 2007, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler