UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: No. 06-858C**<br>**(Chief Judge Damich)** |

**UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and respectfully moves for leave of court to allow it to file out of time the Unopposed Motion for Extension of Time to File the Joint Preliminary Status Report (JPSR) through and including October 8, 2007.

The deadline to file the JPSR was September 17, 2007. On that day the undersigned and counsel for the defendant had already agreed on the wording of the Unopposed Motion for Extension of Time and the same was completed and ready to be filed that day. However, before counsel for Gulf Group had an opportunity to file the Unopposed Motion she had to tend to a family emergency and was unable to file it until today for which the same was filed late and Leave of Court is requested to allow the Motion to be filed and considered as if timely filed.

Finally, the undersigned counsel certifies that she has conferred with defense counsel Mr. Robert Chandler and that he has consented to the filing of this Motion for Leave and is not opposed.

Dated: September 19, 2007

Respectfully submitted,

s/Iliaura Hands
ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS