**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GULF GROUP GENERAL ENTERPRISES CO. W.L.L.**<br><br>**Plaintiff,**<br><br>**VERSUS**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant,** | **Case No.: No. 06-858C**<br>**(Chief Judge Damich)** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

**NOW COME** plaintiff, Gulf Group General Enterprises Co. W.L.L. (hereinafter "Gulf Group"), and pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), requests that the Court enlarge the time for filing the parties' Joint Preliminary Status Report ("JPSR") through and including October 8, 2007.

The current deadline is September 17, 2007. This is our first request for an enlargement for this purpose and it is certified that the parties are working diligently towards preparing the JPSR. As required by RCFC Appendix A, paragraph 3, on September 7, 2007 Plaintiff's counsel contacted defense counsel and submitted her proposed JPSR including a proposed discovery plan via email so that the same could be discussed by counsel and a final JPSR be submitted to the court withing the current deadline. The parties have communicated regarding the JPSR however due to mutual calendar conflicts and a mandatory internal review process within the Department of Justice, the parties are in need of additional time to complete the JPSR. Therefore, Plaintiff herein respectfully request an extension of time for filing the JPSR up to and including October 8, 2007.

Finally, the undersigned counsel certifies that she has conferred with defense counsel Mr.

Robert Chandler and that he is in agreement with this extension and the filing o this motion.

Dated: September 19, 2007

Respectfully submitted,

s/Iliaura Hands

ILIAURA HANDS (LA # 23115)
MILLER & WILLIAMSON LLC
3150 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com

***Attorneys for Plaintiff, Gulf Group General Enterprises Co. W.L.L.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Iliaura Hands
ILIAURA HANDS