IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., Plaintiff, | |
| v. | No. 06-858C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's order of November 1, 2007, defendant files this status report. On November 1, 2007, the Court granted the defendant's motion to stay proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group").

The aforementioned criminal investigation is still pending. Major Cockerham's criminal trial currently is scheduled to commence on April 21, 2008. In addition, the Government's investigation of Gulf Group and other contractors who dealt with Major Cockerham is progressing, but is not yet completed. The Government anticipates that the investigation will not be completed prior to April 2008. As a result, the Government requests that these proceedings remain stayed until the criminal investigation is completed, and that the Court enter an order requiring the Government to file a further status report on or before April 30, 2008.

Plaintiff recognizes that the conduct of discovery in this case might interfere with any pending criminal investigation and, for that reason, consents to the continuation of the stay and defendant's request to provide a further status report to the Court on April 15, 2008.

Respectfully submitted,

s/ Illiaura Hands
ILLIAURA HANDS
Miller & Williamson LLC
3150 Energy Center
1100 Poydras Street
New Orleans, LA 70163

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

January 15, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2008, a copy of the foregoing "JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler