IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 06-858C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 16, 2008 order, the parties hereby respectfully submit this Joint Status Report. On November 1, 2007, the Court granted the defendant's motion to stay proceedings pending the outcome of a criminal investigation of plaintiff Gulf Group General Enterprises Co. W.L.L. ("Gulf Group"). That order was continued by the Court on February 1, 2008, and again on May 16, 2008.

The criminal trial of Major Cockerham has been postponed indefinitely. Currently, Gulf Group remains a subject of the grand jury investigation and a decision as to whether to proceed with criminal charges against Gulf Group likely will not be made until after the completion of Major Cockerham's criminal trial. As a result, the Government intends to request an extension of the stay of this case until January 7, 2009. Plaintiff intends to oppose this request. The parties therefore respectfully request that the Court set the following schedule for briefing of this issue:

| | |
|---|---|
| Government's Motion For Extension of the Stay | July 7, 2008 |
| Plaintiff's Response | July 14, 2008 |
| Government's Reply | July 21, 2008 |

Respectfully submitted,

s/ Illiaura Hands
ILLIAURA HANDS
Miller & Williamson LLC
3150 Energy Center
1100 Poydras Street
New Orleans, LA 70163

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

June 16, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler