# In the United States Court of Federal Claims

No. 06-858 C

(Filed: July 2, 2008)

****************************************
**GULF GROUP GENERAL ENTERPRISES, CO W.L.L.** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
****************************************

**STATUS CONFERENCE ORDER**

A telephonic status conference to discuss recent developments in this case shall take place on **Thursday, July 3, 2008, at 1:30 PM Eastern Time**. Counsel are instructed to contact law clerk Ernesto Sanchez, at either (202) 357-6486 or Ernesto_Sanchez@ao.uscourts.gov, by 10:00 AM on that day to provide the direct phone numbers where they can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

This conference shall specifically concern two issues–whether the Court should continue the stay of proceedings in this case and whether this case should be consolidated with three other very similar cases now pending before other judges of the Court of Federal Claims. The stay was first granted to accommodate the criminal investigation of U.S. Army Major John Cockerham for possibly accepting bribes as a contracting officer in connection with administering and awarding the contract at issue here, as well as other contracts. But the Court has become aware of newly released information that Major Cockerham actually pled guilty to bribery and related charges this past January 31. The parties, then, should be prepared to discuss whether defense counsel knew of this development before it became public and whether the plea affects this case.

The Court also wishes to examine whether Major Cockerham's plea affects any of the other three apparently related actions Plaintiff has filed that are now pending before other judges of the Court of Federal Claims–case numbers 06-835 (before Judge Loren Smith), 06-853 (before Judge Susan Braden), and 07-082 (before Judge Marian Blank Horn). Given that these cases

involve very similar factual and legal circumstances, the parties should address the issue of whether these three cases should be consolidated with the instant case before one judge pursuant to Rule 42 of the Rules of the Court of Federal Claims ("RCFC"). Counsel for both Plaintiff and Defendant should also be prepared to explain why they have apparently failed to provide the Court with notice of the instant case's relationship with the other three cases pursuant to RCFC 40.2.

The Court also notes that the same defense counsel is assigned to the other three cases, though not to this one. Consequently, the Court would welcome, but will not require, his participation in the status conference.

The conference will be on the record via audio recording and notes that the parties may order a written transcript at their own expense via a form located on the Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Ernesto Sanchez at the number listed above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge