# In the United States Court of Federal Claims

No. 06-858 C

(Filed: July 3, 2008)

****************************************
**GULF GROUP GENERAL ENTERPRISES, CO W.L.L.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

Pursuant to this afternoon's status conference, the Court ORDERS Defendant to file a statement explaining the factual basis for extending the stay in this case on or before **Monday, July 14, 2008**. Plaintiff shall file a response, if any, to this statement on or before **Monday, July 28, 2008**.

The Court also ORDERS the parties to confer, on or before **Friday, July 25, 2008**, about this case's relatedness to the cases numbered 06-835, 06-853, and 07-082 now pending before other judges of the Court of Federal Claims, as well as the possibility of consolidating this case with these three other cases pursuant to Rule 40.2 of the Rules of the Court of Federal Claims. The parties shall file a joint status report explaining the results of this conference regarding relatedness and consolidation, on or before **Friday, July 25, 2008**, as well.

Finally, the Court expects that Defendant will provide Plaintiff and the Court with notice of any federal criminal investigation of Plaintiff related to the instant case and the three other cases. Defendant is expected to provide such notice on or before **Friday, July 25, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge