IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 06-858C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FACTS
SUPPORTING CONTINUATION OF THE STAY

Pursuant to the Court's July 3, 2008 order, defendant, the United States, respectfully submits this notice to the Court, which describes the facts that support continuation of the stay of this case.

As stated in the attached declaration of Mark W. Pletcher, a trial attorney in the Antitrust Division of the Department of Justice, the Government has been conducting a long-running investigation into contracting illegality at Camp Arifjan, Kuwait. Pletcher Decl. ¶ 1. That investigation continues, and Mr. Pletcher estimates that it will conclude by the end of 2008. Id. ¶ 3. Moreover, the investigation goes beyond the activities of Major John Cockerham. Id. ¶ 1. Indeed, according to Mr. Pletcher, the investigation "encompasses dozens of individuals and companies suspected of giving and receiving bribes, rigging bids, and laundering the proceeds of their illegal activity." Id.

In addition, as explained in paragraph 4 of Mr. Pletcher's declaration, the conduct of discovery in this matter may "reveal the scope of the government's criminal investigation, the identities of targets, subjects and witnesses of the investigation, the techniques used by federal law enforcement officers to gather information, the identity of those cooperating with the

investigation, and other information that may jeopardize the government's ultimate ability to investigate or prosecute the matter fully." Id. ¶ 4.

For the reasons stated in Mr. Pletcher's declaration, we respectfully request that the matter be stayed until January 7, 2009. We further propose that the Government submit a status report to the Court on that date, informing the Court of the status of the investigation and either proposing a schedule for further proceedings or requesting additional time for the stay, depending upon the circumstances at that time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 514-8624

July 14, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FACTS SUPPORTING CONTINUATION OF THE STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler