IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO. W.L.L., | ) | No. 06-858 |
| Plaintiff, | ) | (Chief Judge Damich) |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF MARK W. PLETCHER

Comes now, the United States of America, by and through the undersigned attorney, Mark W. Pletcher, Antitrust Division, United States Department of Justice, and declare:

1. I am Mark W. Pletcher, a trial attorney with the Antitrust Division, United States Department of Justice. In conjunction with trial attorneys from the Public Integrity Section, Criminal Division, and federal agents from the Army, the Department of Defense, the FBI, IRS, DHS, and the Special Inspector General of Iraq Reconstruction, I have been conducting a long-running investigation into contracting illegality at Camp Arifjan, Kuwait. This investigation encompasses dozens of individuals and companies, including Gulf Group, suspected of giving and receiving bribes, rigging bids, and laundering the proceeds of their illegal activity.

2. On January 31, 2008, in the case of United States v. Cockerham et al., 07-CR-511 before the Honorable W. Royal Furgeson, United States District Court Judge, Western District of Texas, San Antonio Division, Major John Cockerham and Melissa Cockerham signed guilty pleas and agreed to cooperate with the ongoing investigation into corruption occurring in Kuwait and Iraq. John Cockerham pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371; one count of bribery, in violation of 18 U.S.C. § 201(b); and one count of money

laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Melissa Cockerham pled guilty to one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). The plea hearing was held under seal and all documents related to the pleas were filed under seal.

3. On June 24, 2008, the prosecutors moved to have the agreements unsealed, and Judge Furgeson granted that motion the same day. Also on June 24, 2008, the Department of Justice issued a press release announcing that Major Cockerham and his wife had pled guilty. Carolyn Blake, Cockerham's sister and co-defendant, remains slated to begin trial in the Western District of Texas on October 27, 2008, and the criminal investigation continues as to Gulf Group and a multitude of other subjects who may have given money or other things of value to Major Cockerham or assisted Major Cockerham in his criminal activity. It remains my best estimate that the criminal investigation will conclude by the end of 2008.

4. If the civil cases involving the Gulf Group – a subject of the criminal investigation – are not stayed, discovery will begin and the parties may seek to gain access to documents obtained during the course of the criminal investigation and to depose subjects, targets and/or charged defendants in the criminal investigation, either of which may reveal the scope of the government's criminal investigation, the identities of targets, subjects and witnesses of the investigation, the techniques used by federal law enforcement officers to gather information, the identities of those cooperating with the investigation, and other information that may jeopardize the government's ultimate ability to investigate or prosecute the matter fully.

Respectfully submitted,

Dated: July 14, 2008

MARK W. PLETCHER
Trial Attorney
United States Department of Justice
450 Fifth Street N.W.; Suite 11300
Washington, D.C. 20530