IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP GENERAL ENTERPRISES CO, W.L.L., | ) | |
| Plaintiff, | ) | No. 06-858C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States respectfully submits this status report in response to the Court's order dated July 3, 2008. The Court's order directed the Government to "provide Plaintiff and the Court with notice of any federal criminal investigation of Plaintiff related to the instant case and the three other cases." On July 16, 2008, we submitted "Defendant's Notice of Facts Supporting Continuation of the Stay," which attached the declaration of Mark W. Pletcher. In his declaration, Mr. Pletcher stated that Gulf Group is a subject of the criminal investigation of contracting irregularities at Camp Arifjan, Kuwait. Pletcher Decl. ¶¶ 1, 4. The Government intends for Mr. Pletcher's declaration statement to serve as the notice required by the Court's order of July 3, 2008. In addition, we have been informed by Mr. Pletcher that plaintiff's attorney, Ms. Illiaura Hands, was orally informed that Gulf Group was a subject of that investigation during a meeting on January 4, 2008, and that Mr. Pletcher sent an electronic mail message to Ms. Hands confirming that fact on January 18, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert E. Chandler
ROBERT E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-4678
Fax: (202) 307-0972

July 25, 2008

Attorneys for defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER