# In the United States Court of Federal Claims

No. 06-858 C

(Filed: July 31, 2008)

| | |
|---|---|
| ****************************************** | |
| **GULF GROUP GENERAL ENTERPRISES,** | * |
| **CO W.L.L.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | |

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, for the efficient administration of justice and with the concurrence of Judge Loren Smith, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Loren Smith.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge