# In the United States Court of Federal Claims

**No. 06-858 C**
**Filed: August 26, 2008**

**GULF GROUP GENERAL ENTERPRISES CO., W.L.L.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Marian Blank Horn**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

John S. Buckley
ACTING CLERK OF COURT